| | |
|---|---|
| 1 | ROBERT R. MOORE (BAR NO. 113818)<br>DAVID H. BLACKWELL (BAR NO. 153354) |
| 2 | MICHAEL J. BETZ (BAR NO. 196228)<br>ANDREW MAYER (BAR NO. 287061) |
| 3 | ALLEN MATKINS LECK GAMBLE<br>  MALLORY & NATSIS LLP |
| 4 | Three Embarcadero Center, 12th Floor<br>San Francisco, CA  94111-4074 |
| 5 | Phone:  (415) 837-1515<br>Fax:  (415) 837-1516 |
| 6 | E-Mail:  rmoore@allenmatkins.com |
| 7 |     dblackwell@allenmatkins.com<br>    mbetz@allenmatkins.com |
|  |     amayer@allenmatkins.com |
| 8 | |
| 9 | Attorneys for Plaintiffs and Petitioners<br>LONGS DRUG STORES CALIFORNIA, L.L.C. and |
| 10 | ARMSTRONG DEVELOPMENT PROPERTIES,<br>INC. |

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | LONGS DRUG STORES CALIFORNIA,<br>L.L.C., a California limited liability | Case No. C 13-01383 EMC |
| 15 | company and ARMSTRONG<br>DEVELOPMENT PROPERTIES, INC., a | **STIPULATION SEEKING EXTENSION OF<br>TIME FOR HEARING OF PLAINTIFFS'<br>MOTION TO DISMISS AND MOTION FOR<br>ABSTENTION;<br>[PROPOSED] ORDER** |
| 16 | Pennsylvania corporation, | |
| 17 |        Plaintiffs and Petitioners, | |
| 18 |    v. | Ctrm:    5<br>Judge:   Hon. Edward M. Chen |
| 19 | CITY OF SEBASTOPOL, CITY<br>COUNCIL OF THE CITY OF | |
| 20 | SEBASTOPOL, and GLENN<br>SCHAINBLATT, in his official capacity as | |
| 21 | Building Official of the City of Sebastopol,, | |
| 22 |        Defendants and Respondents. | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

885781.01/SF

No. C 12-01383 EMC
Stipulation Seeking Extension of Time for
Hearing on Motion to Dismiss; Proposed Order

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Longs
2 Drug Stores California, L.L.C. and Armstrong Development Properties, Inc. (collectively,
3 "Plaintiffs"), and Defendants City of Sebastopol, City Council of the City of Sebastopol,
4 and in his official capacity Building Official Glenn Schainblatt (collectively,
5 "Defendants") as follows:

6  WHEREAS, irresolvable scheduling conflicts make it impractical for the
7 Defendnats' counsel to meet the briefing schedule and attend the hearing on Defendants'
8 Motion to Dismiss and Motion for Abstention, currently scheduled for hearing on June 20,
9 2013 at 1:30 p.m.; and

10  WHEREAS, there have been no previous time modifications in this case, whether
11 by stipulation or Court order; and

12  WHEREAS, this case is set for a Case Management Conference on June 27;

13  WHEREAS, because no discovery schedule or trial dates have yet been set for this
14 case, the rescheduling of the hearing on Defendants' Motions for Dismissal and Abstention
15 would not affect any other dates.

16  NOW, THEREFORE, pursuant to Local Civil Rule 6-2, the parties jointly stipulate,
17 by and through counsel, as follows:

18  1. The hearing on Defendants' Motion to Dismiss and Motion for Abstention
19   shall be rescheduled to June 27, 2013 at 1:30 p.m., to correspond with the
20   date of the Case Management Conference already scheduled in this case, or
21   as soon thereafter as the Court may hear these motions.
22  2. Plaintiffs' Opposition to Defendants' Motions for Dismissal and Abstention
23   shall be filed on or before May 29, 2013.
24  3. Defendants' Reply shall be filed on or before June 5, 2013.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

885781.01/SF

-2-

No. C 12-01383 EMC
Stipulation Seeking Extension of Time for
Hearing on Motion to Dismiss; Proposed Order

| | | |
|---|---|---|
| 1 | Dated: May 21, 2013 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 2 | | |
| 3 | | By: /s/ *Edward Grutzmacher* |
| 4 | | EDWARD GRUTZMACHER<br>Attorneys for Defendants |
| 5 | | |
| 6 | Dated: May 21, 2013 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 7 | | |
| 8 | | By: /s/ *Michael J. Betz* |
| 9 | | MICHAEL J. BETZ<br>Attorneys for Plaintiffs |

10

11   I hereby attest that I have on file all holographic signatures corresponding to any

12 signatures indicated by a conformed signature (/S/) within this e-filed document.

13

| | | |
|---|---|---|
| 14 | Dated: May 21, 2013 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 15 | | |
| 16 | | By: /s/ *Michael J. Betz* |
| 17 | | MICHAEL J. BETZ<br>Attorneys for Plaintiffs |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

885781.01/SF

-3-

No. C 12-01383 EMC
Stipulation Seeking Extension of Time for
Hearing on Motion to Dismiss; Proposed Order

# [~~PROPOSED~~] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:

1. The hearing on Defendants' Motion to Dismiss and Motion for Abstention shall be rescheduled to June 27, 2013 at 1:30 p.m.
2. Plaintiffs' Opposition to Defendants' motions for Dismissal and Abstention shall be filed on or before May 29, 2013.
3. Defendants' Reply shall be filed on or before June 5, 2013.
4. Joint CMC statement shall be filed by June 20, 2013.

Date: 5/22/13

Hon. Edward M. Chen
United States [District Judge]
for the Northern [District of California]

*IT IS SO ORDERED AS MODIFIED*
/s/ Edward M. Chen
Judge Edward M. Chen

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

885781.01/SF

-4-

No. C 12-01383 EMC
Stipulation Seeking Extension of Time for
Hearing on Motion to Dismiss; Proposed Order