ROBERT R. MOORE (BAR NO. 113818)
DAVID H. BLACKWELL (BAR NO. 153354)
MICHAEL J. BETZ (BAR NO. 196228)
ANDREW MAYER (BAR NO. 287061)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         dblackwell@allenmatkins.com
         mbetz@allenmatkins.com
         amayer@allenmatkins.com

Attorneys for Plaintiffs and Petitioners
LONGS DRUG STORES CALIFORNIA, L.L.C. and
ARMSTRONG DEVELOPMENT PROPERTIES,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation,<br><br>            Plaintiffs and Petitioners,<br><br>      v.<br><br>CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol,,<br><br>            Defendants and Respondents. | Case No. C 13-01383 EMC<br><br>**STIPULATION SEEKING EXTENSION OF TIME FOR HEARING OF PLAINTIFFS' MOTION TO DISMISS AND MOTION FOR ABSTENTION;**<br>**[PROPOSED] ORDER**<br><br>Ctrm:    5<br>Judge:   Hon. Edward M. Chen |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

885781.01/SF

No. C 12-01383 EMC
Stipulation Seeking Extension of Time for
Hearing on Motion to Dismiss; Proposed Order

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Longs Drug Stores California, L.L.C. and Armstrong Development Properties, Inc. (collectively, "Plaintiffs"), and Defendants City of Sebastopol, City Council of the City of Sebastopol, and in his official capacity Building Official Glenn Schainblatt (collectively, "Defendants") as follows:

WHEREAS, irresolvable scheduling conflicts make it impractical for the Defendnats' counsel to meet the briefing schedule and attend the hearing on Defendants' Motion to Dismiss and Motion for Abstention, currently scheduled for hearing on June 20, 2013 at 1:30 p.m.; and

WHEREAS, there have been no previous time modifications in this case, whether by stipulation or Court order; and

WHEREAS, this case is set for a Case Management Conference on June 27;

WHEREAS, because no discovery schedule or trial dates have yet been set for this case, the rescheduling of the hearing on Defendants' Motions for Dismissal and Abstention would not affect any other dates.

NOW, THEREFORE, pursuant to Local Civil Rule 6-2, the parties jointly stipulate, by and through counsel, as follows:

1. The hearing on Defendants' Motion to Dismiss and Motion for Abstention shall be rescheduled to June 27, 2013 at 1:30 p.m., to correspond with the date of the Case Management Conference already scheduled in this case, or as soon thereafter as the Court may hear these motions.

2. Plaintiffs' Opposition to Defendants' Motions for Dismissal and Abstention shall be filed on or before May 29, 2013.

3. Defendants' Reply shall be filed on or before June 5, 2013.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

885781.01/SF

-2-

No. C 12-01383 EMC
Stipulation Seeking Extension of Time for
Hearing on Motion to Dismiss; Proposed Order

| | | |
|---|---|---|
| 1 | Dated:   May 21, 2013 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 2 | | |
| 3 | | By:   /s/ *Edward Grutzmacher* |
| 4 | | EDWARD GRUTZMACHER<br>Attorneys for Defendants |
| 5 | | |
| 6 | Dated:   May 21, 2013 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 7 | | |
| 8 | | By:   /s/ *Michael J. Betz* |
| 9 | | MICHAEL J. BETZ<br>Attorneys for Plaintiffs |

10

11   I hereby attest that I have on file all holographic signatures corresponding to any

12  signatures indicated by a conformed signature (/S/) within this e-filed document.

13

| | | |
|---|---|---|
| 14 | Dated:   May 21, 2013 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 15 | | |
| 16 | | By:   /s/ *Michael J. Betz* |
| 17 | | MICHAEL J. BETZ<br>Attorneys for Plaintiffs |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

885781.01/SF

-3-

No. C 12-01383 EMC
Stipulation Seeking Extension of Time for
Hearing on Motion to Dismiss; Proposed Order

# [~~PROPOSED~~] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:

1. The hearing on Defendants' Motion to Dismiss and Motion for Abstention shall be rescheduled to June 27, 2013 at 1:30 p.m.
2. Plaintiffs' Opposition to Defendants' motions for Dismissal and Abstention shall be filed on or before May 29, 2013.
3. Defendants' Reply shall be filed on or before June 5, 2013.
4. Joint CMC statement shall be filed by June 20, 2013.

Date: 5/22/13

Hon. Edward M. Chen
United States
for the Northern

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

885781.01/SF

-4-

No. C 12-01383 EMC
Stipulation Seeking Extension of Time for
Hearing on Motion to Dismiss; Proposed Order