1  ROBERT R. MOORE (BAR NO. 113818)
   DAVID H. BLACKWELL (BAR NO. 153354)
2  MICHAEL J. BETZ (BAR NO. 196228)
   ANDREW MAYER (BAR NO. 287061)
3  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
4  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
5  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
6  E-Mail:  rmoore@allenmatkins.com
            dblackwell@allenmatkins.com
7            mbetz@allenmatkins.com
            amayer@allenmatkins.com
8
   Attorneys for Plaintiffs and Petitioners
9  LONGS DRUG STORES CALIFORNIA, L.L.C. and
   ARMSTRONG DEVELOPMENT PROPERTIES,
10 INC.

11 Additional Counsel listed on following page.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15 LONGS DRUG STORES CALIFORNIA,          Case No. C13-1383 EMC
   L.L.C., a California limited liability
16 company, and ARMSTRONG                  **JOINT STIPULATION AND PROPOSED**
   DEVELOPMENT PROPERTIES, INC., a         **ORDER REGARDING RESCHEDULING OF**
17 Pennsylvania corporation,               **THE OCTOBER 17, 2013 CASE**
                                           **MANAGEMENT CONFERENCE**
18              Plaintiffs and Petitioners,
                                           Judge:   Hon. Edward M. Chen
19        v.

20 CITY OF SEBASTOPOL, CITY
   COUNCIL OF THE CITY OF
21 SEBASTOPOL, and GLENN
   SCHAINBLATT, in his official capacity as
22 Building Official of the City of Sebastopol,

23              Defendants and Respondents.

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

901315.01/SF

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re.
Rescheduling of Oct. 17, 2013 CMC

1 | Steven T. Mattas (SBN: 154247)
smattas@meyersnave.com
2 | Edward Grutzmacher (SBN: 228649)
egrutzmacher@meyersnave.com
3 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
4 | Oakland, California 94607
Telephone: (510) 808-2000
5 | Facsimile: (510) 444-1108

6 | Larry McLaughlin (SBN: 77401)
lwmclaughlin@juno.com
7 | City Attorney
MCLAUGHLIN & HENDRICKSON
8 | 121 No. Main St.
Sebastopol, California  95472
9 | Telephone:  (707) 823-2134
Facsimile:  (707) 823-8089
10 |
Attorneys for Defendants and Respondents
11 | CITY OF SEBASTOPOL, CITY COUNCIL OF
THE CITY OF SEBASTOPOL, and GLENN
12 | SCHAINBLATT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

901315.01/SF

-1-

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re.
Rescheduling of Oct. 17, 2013 CMC

<u>**STIPULATION**</u>

1

2 WHEREAS, this case is currently scheduled for a Case Management Conference, to

3 be held on October 17, 2013 at 10:30 a.m. in Courtroom 5.

4 WHEREAS, counsel for Plaintiffs will not be able to attend the October 17, 2013

5 Case Management Conference, as they will be attending a binding arbitration in another

6 case.

7 WHEREAS, the parties have met and conferred and reached an understanding that

8 the Case Management Conference should be rescheduled for a mutually agreeable time

9 that is convenient for the Court.

10 NOW, THEREFORE, pursuant to the General Civil Standing Order of the

11 Honorable Judge Edward M. Chen, the parties jointly stipulate, by and through counsel, as

12 follows:

13 1.  The parties propose that the Court reschedule the Case Management Conference for

14 Thursday, October 24, 2013 at 10:30 a.m.

15 2.  The deadline for the parties' submission of a Joint Case Management Conference

16 Statement shall remain on October 10, 2013.

17

18 Dated:  October 9, 2013

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
ROBERT R. MOORE
DAVID H. BLACKWELL
MICHAEL J. BETZ
ANDREW MAYER

By: _____/s/ Robert R. Moore_____

ROBERT R. MOORE
Attorneys for Defendant
LONGS DRUG STORES
CALIFORNIA, L.L.C. and
ARMSTRONG DEVELOPMENT
PROPERTIES, INC.

19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

901315.01/SF

-2-

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re.
Rescheduling of Oct. 17, 2013 CMC

1   Dated:  October 9, 2013                    MEYERS, NAVE, RIBACK, SILVER &
                                                       WILSON
2                                               STEVEN T. MATTAS
                                                SHIRAZ D. TANGRI
3                                               EDWARD GRUTZMACHER

4                                               By:      /s/ Shiraz Tangri

5                                                  SHIRAZ TANGRI
                                                   Attorneys for Defendants and
6                                                  Respondents
                                                   CITY OF SEBASTOPOL, CITY
7                                                  COUNCIL OF THE CITY OF
                                                   SEBASTOPOL, and GLENN
8                                                  SCHAINBLATT

9

10          I hereby attest that I have on file all holographic signatures corresponding to any

11   signatures indicated by a conformed signature (/s/) within this e-filed document

12

13   Dated:  October 9, 2013                    ALLEN MATKINS LECK GAMBLE
                                                    MALLORY & NATSIS LLP
14                                              ROBERT R. MOORE
                                                DAVID H. BLACKWELL
15                                              MICHAEL J. BETZ
                                                ANDREW MAYER

16

17                                              By:      /s/ Robert R. Moore

18                                                 ROBERT R. MOORE
                                                   Attorneys for Defendant
19                                                 LONGS DRUG STORES
                                                   CALIFORNIA, L.L.C. and
20                                                 ARMSTRONG DEVELOPMENT
                                                   PROPERTIES, INC.

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

901315.01/SF                                            -3-

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re.
Rescheduling of Oct. 17, 2013 CMC

# [~~PROPOS~~ED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:

1.  The Case Management Conference previously scheduled in this case for October 17, 2013 is hereby rescheduled for October ~~24~~ 31, 2013, at 10:30 a.m.

2.  The parties shall file a Joint Case Management Conference Statement in advance of the Case Management Conference no later than October ~~10,~~ 24 2013.

Date: _____   10/11/13

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

Hon.
United
for the                    fornia

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

901315.01/SF

-4-

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re.
Rescheduling of Oct. 17, 2013 CMC