ROBERT R. MOORE (BAR NO. 113818)
DAVID H. BLACKWELL (BAR NO. 153354)
MICHAEL J. BETZ (BAR NO. 196228)
ANDREW MAYER (BAR NO. 287061)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         dblackwell@allenmatkins.com
         mbetz@allenmatkins.com
         amayer@allenmatkins.com

Attorneys for Plaintiffs and Petitioners
LONGS DRUG STORES CALIFORNIA, L.L.C. and
ARMSTRONG DEVELOPMENT PROPERTIES, INC.

Additional Counsel listed on following page.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation,<br><br>  Plaintiffs and Petitioners,<br><br>  v.<br><br>CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol,<br><br>  Defendants and Respondents. | Case No. C13-1383 EMC<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING RESCHEDULING OF THE OCTOBER 17, 2013 CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. Edward M. Chen |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
901315.01/SF

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re.
Rescheduling of Oct. 17, 2013 CMC

1  Steven T. Mattas (SBN: 154247)
   smattas@meyersnave.com
2  Edward Grutzmacher (SBN: 228649)
   egrutzmacher@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, California 94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Larry McLaughlin (SBN: 77401)
   lwmclaughlin@juno.com
7  City Attorney
   MCLAUGHLIN & HENDRICKSON
8  121 No. Main St.
   Sebastopol, California  95472
9  Telephone:  (707) 823-2134
   Facsimile:  (707) 823-8089
10
   Attorneys for Defendants and Respondents
11 CITY OF SEBASTOPOL, CITY COUNCIL OF
   THE CITY OF SEBASTOPOL, and GLENN
12 SCHAINBLATT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

901315.01/SF

-1-

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re.
Rescheduling of Oct. 17, 2013 CMC

## STIPULATION

WHEREAS, this case is currently scheduled for a Case Management Conference, to be held on October 17, 2013 at 10:30 a.m. in Courtroom 5.

WHEREAS, counsel for Plaintiffs will not be able to attend the October 17, 2013 Case Management Conference, as they will be attending a binding arbitration in another case.

WHEREAS, the parties have met and conferred and reached an understanding that the Case Management Conference should be rescheduled for a mutually agreeable time that is convenient for the Court.

NOW, THEREFORE, pursuant to the General Civil Standing Order of the Honorable Judge Edward M. Chen, the parties jointly stipulate, by and through counsel, as follows:

1. The parties propose that the Court reschedule the Case Management Conference for Thursday, October 24, 2013 at 10:30 a.m.

2. The deadline for the parties' submission of a Joint Case Management Conference Statement shall remain on October 10, 2013.

Dated: October 9, 2013

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
ROBERT R. MOORE
DAVID H. BLACKWELL
MICHAEL J. BETZ
ANDREW MAYER

By:      /s/ Robert R. Moore
ROBERT R. MOORE
Attorneys for Defendant
LONGS DRUG STORES
CALIFORNIA, L.L.C. and
ARMSTRONG DEVELOPMENT
PROPERTIES, INC.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

901315.01/SF

-2-

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re.
Rescheduling of Oct. 17, 2013 CMC

| | | |
|---|---|---|
| 1 | Dated:  October 9, 2013 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 2 | | STEVEN T. MATTAS |
| | | SHIRAZ D. TANGRI |
| 3 | | EDWARD GRUTZMACHER |

By: _____/s/ Shiraz Tangri_____
SHIRAZ TANGRI
Attorneys for Defendants and Respondents
CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document

Dated:  October 9, 2013       ALLEN MATKINS LECK GAMBLE
                              MALLORY & NATSIS LLP
                              ROBERT R. MOORE
                              DAVID H. BLACKWELL
                              MICHAEL J. BETZ
                              ANDREW MAYER

                         By:  _____/s/ Robert R. Moore_____
                              ROBERT R. MOORE
                              Attorneys for Defendant
                              LONGS DRUG STORES CALIFORNIA, L.L.C. and ARMSTRONG DEVELOPMENT PROPERTIES, INC.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

901315.01/SF

-3-

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re. Rescheduling of Oct. 17, 2013 CMC

**[PR~~OPO~~SED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:

1. The Case Management Conference previously scheduled in this case for October 17, 2013 is hereby rescheduled for October ~~24~~ 31, 2013, at 10:30 a.m.
2. The parties shall file a Joint Case Management Conference Statement in advance of the Case Management Conference no later than October ~~10~~ 24, 2013.

Date: 10/11/13

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

Hon.
United States District Court
for the Northern District of California

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

901315.01/SF

-4-

No. C 13-01383 EMC
Joint Stipulation and [proposed] Order re. Rescheduling of Oct. 17, 2013 CMC