1  ROBERT R. MOORE (BAR NO. 113818)
   DAVID H. BLACKWELL (BAR NO. 153354)
2  MICHAEL J. BETZ (BAR NO. 196228)
   CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
3  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
4  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
5  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
6  E-Mail:  rmoore@allenmatkins.com
            dblackwell@allenmatkins.com
7            mbetz@allenmatkins.com
            chongola@allenmatkins.com
8
   Attorneys for Defendant
9  LONGS DRUG STORES CALIFORNIA, L.L.C. and
   ARMSTRONG   DEVELOPMENT   PROPERTIES,
10 INC.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14 LONGS DRUG STORES CALIFORNIA,              Case No. 3:13-cv-01383 EMC
   L.L.C., a California limited liability
15 company, and ARMSTRONG                     **JOINT STIPULATION CONTINUING
   DEVELOPMENT PROPERTIES, INC., a            DISCOVERY DEADLINES;
16 Pennsylvania corporation,                  [PROPOSED] ORDER**

17            Plaintiffs and Petitioners,     Ctrm:    5
                                              Judge:   Hon. Edward M. Chen
18       v.

19 CITY OF SEBASTOPOL, CITY
   COUNCIL OF THE CITY OF
20 SEBASTOPOL, and GLENN
   SCHAINBLATT, in his official capacity as
21 Building Official of the City of Sebastopol,

22            Defendants and Respondents.

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

919357.02/SF

Case No.  3:13-cv-01383 EMC
Joint Stipulation Continuing Discovery
Deadlines; [Proposed Order]

**STIPULATION**

1.      On November 5, 2013, the Court enter a Case Management and Pretrial Order for Jury Trial (the "Order").  (Dkt. No. 38.)  Pursuant to the Order, various discovery deadlines were established.

2.      On January 9, 2014, Defendants and Respondents City of Sebastopol, City Council of the City of Sebastopol and Glenn Schainblatt (collectively, "Defendants") filed a Motion for Partial Summary Judgment, set for hearing on February 13, 2014.  (Dkt. No. 42.)  A Case Management hearing was also set to take place on February 13, 2014.  Both the Motion for Partial Summary Judgment and the Case Management hearing were subsequently continued to February 20, 2014.

3.      On January 16, 2014, pursuant to a stipulation and order, Plaintiffs and Petitioners Longs Drug Stores California, LLC and Armstrong Development Properties, Inc. (collectively, "Plaintiffs") filed their First Amended Verified Complaint for Injunctive Relief and Damages; Verified Petition for Writ of Mandate (Dkt. No. 47) in this Court against Defendants.

4.      On February 12, 2014, the Court issued an Order to Show Cause Regarding This Court's Jurisdiction Over Plaintiffs' Writ of Mandate Claims (the "OSC").  (Dkt No. 61.)  The OSC vacated the hearing on Defendants' Motion for Summary Judgment.  The Court also continued the Case Management to March 27, 2014.

5.      On March 6, 2014, the Court re-set the Motion for Partial Summary Judgment for April 24, 2014.  On March 7, 2014, the Court re-set the March 27, 2014 Case Management hearing for April 24, 2014.

6.      Based on the issuance of the OSC and the procedural posture of the case, the parties' shared understanding was that expert and non-expert discovery deadlines in the Order would be continued.  As such, the parties have not engaged in active discovery while the OSC has been pending.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

919357.02/SF

-2-

Case No.  3:13-cv-01383 EMC
Joint Stipulation Continuing Discovery
Deadlines; [Proposed Order]

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1.   If the Court maintains jurisdiction over this case, the expert and non-expert discovery deadlines in the Order (Dkt. No. 38) should be continued and re-set at the April 24, 2014 Case Management hearing.

2.   All other hearing dates and deadlines established in the Order (Dkt. No. 38) should likewise be continued and re-set at the April 24, 2014 Case Management hearing.

Dated:  April 1, 2014

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
ROBERT R. MOORE
DAVID H. BLACKWELL
MICHAEL J. BETZ


By: */s/ Cathy A. Hongola-Baptista*
CATHY A. HONGOLA-BAPTISTA
Attorneys for Plaintiffs and Petitioners
LONGS DRUG STORES
CALIFORNIA, L.L.C. and
ARMSTRONG DEVELOPMENT
PROPERTIES, INC.

Dated:  April 1, 2014

MEYERS,   NAVE,   RIBACK,   SILVER   &
WILSON


By: */s/ Edward Grutzmacher*
EDWARD GRUTZMACHER
Attorneys for Defendants and
Respondents
CITY OF SEBASTOPOL, CITY
COUNCIL OF THE CITY OF
SEBASTOPOL, and GLENN
SCHAINBLATT

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:  April 1, 2014

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP


By: */s/ Cathy A. Hongola-Baptista*
CATHY A. HONGOLA-BAPTISTA
Attorneys for Plaintiffs and Petitioners

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

919357.02/SF

-3-

Case No.  3:13-cv-01383 EMC
Joint Stipulation Continuing Discovery
Deadlines; [Proposed Order]

1

**[Proposed] ORDER**

2

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:

3

1.      The non-expert and expert discovery deadlines set forth in Case Management and

4

Pretrial Order for Jury Trial (Dkt. No. 38) are hereby VACATED.

5

2.      New non-expert and expert discovery deadlines will be established at the April 24,

6

2014 Case Management hearing.

7

8

Dated: _____4/2/14_____

9

Hon.                                                Judge,                                        rt

10

IT IS SO ORDERED

Judge Edward M. Chen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

919357.02/SF

-4-

Case No.  3:13-cv-01383 EMC
Joint Stipulation Continuing Discovery
Deadlines; [Proposed Order]