ROBERT R. MOORE (BAR NO. 113818)
DAVID H. BLACKWELL (BAR NO. 153354)
MICHAEL J. BETZ (BAR NO. 196228)
CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         dblackwell@allenmatkins.com
         mbetz@allenmatkins.com
         chongola@allenmatkins.com

Attorneys for Defendant
LONGS DRUG STORES CALIFORNIA, L.L.C. and
ARMSTRONG DEVELOPMENT PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation,<br><br>             Plaintiffs and Petitioners,<br><br>      v.<br><br>CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol,<br><br>             Defendants and Respondents. | Case No. 3:13-cv-01383 EMC<br><br>**JOINT STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE; [PR~~OPOS~~ED] ORDER**<br><br>Ctrm:   5<br>Judge:  Hon. Edward M. Chen |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

921333.02/SF

Case No.  3:13-cv-01383 EMC
Joint Stipulation Continuing Hearings

**STIPULATION**

1. On January 9, 2014, Defendants and Respondents City of Sebastopol, City Council of the City of Sebastopol and Glenn Schainblatt (collectively, "Defendants") filed a Motion for Partial Summary Judgment, which is now set for hearing on April 24, 2014.

2. A Case Management conference is also set to take place on April 24, 2014.

3. On February 12, 2014, the Court issued an Order to Show Cause Regarding This Court's Jurisdiction Over Plaintiffs' Writ of Mandate Claims (the "OSC"). The Court has ordered counsel to be prepared to discuss the jurisdictional issues raised in the OSC at the April 24, 2014 hearings.

4. On March 6, 2014, the Court re-set the Motion for Partial Summary Judgment for April 24, 2014. On March 7, 2014, the Court re-set the March 27, 2014 Case Management hearing for April 24, 2014.

5. The parties are currently engaged in settlement negotiations which they believe may resolve this matter and obviate the need for the April 24, 2014 hearings.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. To provide the parties with time to explore settlement, the April 24, 2014 hearing on the Motion for Partial Summary Judgment and the April 24, 2014 Case Management hearing should be continued to June 5, 2014 at 1:30 p.m.

2. The parties will immediately notify the Court if a settlement is reached.

Dated: April 16, 2014

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
ROBERT R. MOORE
DAVID H. BLACKWELL
MICHAEL J. BETZ

By: */s/ Cathy A. Hongola-Baptista*
CATHY A. HONGOLA-BAPTISTA
Attorneys for Plaintiffs and Petitioners
LONGS DRUG STORES
CALIFORNIA, L.L.C. and
ARMSTRONG DEVELOPMENT
PROPERTIES, INC.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

921333.02/SF

-2-

Case No. 3:13-cv-01383 EMC
Joint Stipulation Continuing Hearings

| | |
|---|---|
| Dated: April 16, 2014 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | By: */s/ Edward Grutzmacher* |
| | EDWARD GRUTZMACHER |
| | Attorneys for Defendants and Respondents |
| | CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT |

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

| | |
|---|---|
| Dated: April 16, 2014 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| | By: */s/ Cathy A. Hongola-Baptista* |
| | CATHY A. HONGOLA-BAPTISTA |
| | Attorneys for Plaintiffs and Petitioners |

**[~~Proposed~~] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:

1. The April 24, 2014 hearing on the Motion for Partial Summary Judgment is continued to June 5, 2014 at 1:30 p.m.

2. The April 24, 2014 Case Management hearing is continued to June 5, 2014 at 1:30 p.m.

3. The date for the parties to submit a joint status report is continued to May 29, 2014.

4. The parties will immediately notify the Court if a settlement is reached.

Dated: 4/17/14

Hon. Edward M. Chen
Judge, United States District Court

GRANTED
Judge Edward M. Chen

*(UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA seal)*