1  Steven T. Mattas (SBN: 154247)
   smattas@meyersnave.com
2  Edward Grutzmacher (SBN: 228649)
   egrutzmacher@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, California  94607
   Telephone:  (510) 808-2000
5  Facsimile:  (510) 444-1108

6  Attorneys for Defendants and Respondents
   CITY OF SEBASTOPOL, CITY COUNCIL OF          EXEMPT FROM FILING FEES
7  THE CITY OF SEBASTOPOL, and                  GOV'T CODE § 6103
   GLENN SCHAINBLATT
8

9                    **UNITED STATES DISTRICT COURT**

10     **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

12 | LONGS DRUG STORES CALIFORNIA,              Case No. C13-1383 EMC
   | L.L.C., a California limited liability company,
13 | and ARMSTRONG DEVELOPMENT          **STIPULATION CONTINUING HEARING**
   | PROPERTIES, INC., a Pennsylvania    **ON MOTION FOR PARTIAL SUMMARY**
14 | corporation,                        **JUDGMENT AND STATUS**
   |                                     **CONFERENCE**
15 |             Plaintiffs and Petitioners,
   |                                     Judge:    Hon. Edward M. Chen
16 |       vs.
   |                                     Trial Date:  August 25, 2014
17 | CITY OF SEBASTOPOL, CITY COUNCIL    Time:        1:30 p.m.
   | OF THE CITY OF SEBASTOPOL, and      Ctrm:        5
18 | GLENN SCHAINBLATT, in his official
   | capacity as Building Official of the City of
19 | Sebastopol,
   |
20 |             Defendants and Respondents.

21

22

23

24

25

26

27

28
                                                              C13-1383 EMC
   STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATUS
                                    CONFERENCE

1    1.    On January 9, 2014, Defendants and Respondents City of Sebastopol, City Council

2  of the City of Sebastopol, and Glenn Schainblatt (collectively, "Defendants") filed a Motion for

3  Partial Summary Judgment, which is now set for hearing on June 5, 2014.

4    2.    A Status Conference is also set to take place on June 5, 2014.

5    3.    The parties are currently engaged in settlement negotiations, which they believe

6  may resolve this matter and obviate the need for the June 5, 2014 hearings.

7    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

8    1.    To provide the parties with time to explore settlement, the June 5, 2014 hearing on

9  the Motion for Partial Summary Judgment and the June 5, 2014 Status Conference should be

10  continued to July 10, 2014 at 1:30 p.m.

11    2.    The parties will immediately notify the Court if a settlement is reached.

12  DATED:  May 29, 2014                    MEYERS, NAVE, RIBACK, SILVER & WILSON

13

14                                         By: _____*/s/ Edward Grutzmacher*_____

15                                              Edward Grutzmacher
                                               Steven T. Mattas
16                                              Attorneys for Defendants and Respondents
17                                              CITY OF SEBASTOPOL, CITY COUNCIL OF
                                               THE CITY OF SEBASTOPOL, and  GLENN
18                                              SCHAINBLATT

19  DATED:  May 29, 2014                    ALLEN MATKINS LECK GAMBLE MALLORY &
                                           NATSIS LLP
20

21

22                                         By: _____*/s/ Cathy A. Hongola-Baptista*_____
                                               Cathy A. Hongola-Baptista
23                                              Robert R. Moore
                                               David H. Blackwell
24                                              Michael J. Betz
25                                              Attorneys for Plaintiffs and Petitioners
                                               LONGS DRUG STORES CALIFORNIA, L.L.C.
26                                              and ARMSTRONG DEVELOPMENT
                                               PROPERTIES, INC.
27

28

STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATUS
CONFERENCE

1        I hereby attest that I have on file all holographic signatures corresponding to any signatures

2   indicated by a conformed signature *(/s/)* within this e-filed document.

3   DATED:  May 29, 2014                           MEYERS, NAVE, RIBACK, SILVER & WILSON

4

5                                                          By:       */s/ Edward Grutzmacher*

6                                                                 Edward Grutzmacher
                                                                  Steven T. Mattas
7                                                                 Attorneys for Defendants and Respondents
                                                                  CITY OF SEBASTOPOL, CITY COUNCIL OF
8                                                                 THE CITY OF SEBASTOPOL, and  GLENN
                                                                  SCHAINBLATT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATUS
CONFERENCE

1
## [~~Proposed~~] ORDER

2       PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:

3       1.      The June 5, 2014 hearing on the Motion for Partial Summary Judgment is

4   continued to July 10, 2014 at 1:30 p.m.

5       2.      The June 5, 2014 Status Conference is continued to July 10, 2014 at 1:30 p.m.

6       3.      The date for the parties to submit a joint status report is continued to July 3, 2014.

7       4.      The parties will immediately notify the Court if a settlement is reached.

8       **IT IS SO ORDERED.**

9

10  DATED: _____5/29_____, 2014

11

12                                                          Hon. Edwar
                                                            Judge, USDC

13

14  2281654.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATUS
CONFERENCE

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA