Steven T. Mattas (SBN: 154247)
smattas@meyersnave.com
Edward Grutzmacher (SBN: 228649)
egrutzmacher@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants and Respondents
CITY OF SEBASTOPOL, CITY COUNCIL OF
THE CITY OF SEBASTOPOL, and
GLENN SCHAINBLATT

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation,<br><br>　　　　Plaintiffs and Petitioners,<br><br>　vs.<br><br>CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol,<br><br>　　　　Defendants and Respondents. | Case No. C13-1383 EMC<br><br>**STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATUS CONFERENCE AND VACATING TRIAL AND TRIAL-RELATED DATES**<br><br>Judge:　Hon. Edward M. Chen<br><br>Trial Date:　August 25, 2014<br>Time:　　　1:30 p.m.<br>Ctrm:　　　5 |

1. On January 9, 2014, Defendants and Respondents City of Sebastopol, City Council of the City of Sebastopol, and Glenn Schainblatt (collectively, "Defendants") filed a Motion for Partial Summary Judgment, which is now set for hearing on July 10, 2014.

2. A Status Conference is also set to take place on July 10, 2014.

3. Trial is set to take place August 25, 2014.

4. The parties have engaged in settlement negotiations and believe they have reached an agreement in principle. However, an extension of time will be needed in order to draft and effectuate a formal settlement agreement. Should the parties settle, it would obviate the need for the July 10, 2014 hearings and the August 25, 2014 trial.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. To provide the parties with time to formalize and effectuate settlement, the August 25, 2014 trial and trial-related dates should be vacated and the July 10, 2014 hearing on the Motion for Partial Summary Judgment and the July 10, 2014 Status Conference should be continued to October 16, 2014 at 1:30 p.m.

2. The parties will immediately notify the Court if a settlement is reached.

DATED: July 1, 2014                    MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     */s/ Edward Grutzmacher*
Edward Grutzmacher
Steven T. Mattas
Attorneys for Defendants and Respondents
CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT

1  DATED: July 1, 2014                    ALLEN MATKINS LECK GAMBLE MALLORY &
2                                                              NATSIS LLP

4                                                    By:    */s/ Cathy A. Hongola-Baptista*
5                                                              Cathy A. Hongola-Baptista
                                                               Robert R. Moore
6                                                              David H. Blackwell
                                                               Michael J. Betz
7                                                              Attorneys for Plaintiffs and Petitioners
                                                               LONGS DRUG STORES CALIFORNIA, L.L.C.
8                                                              and ARMSTRONG DEVELOPMENT
                                                               PROPERTIES, INC.

10     I hereby attest that I have on file all holographic signatures corresponding to any signatures

11 indicated by a conformed signature *(/s/)* within this e-filed document.

12 DATED: July 1, 2014                    MEYERS, NAVE, RIBACK, SILVER & WILSON

15                                                    By:    */s/ Edward Grutzmacher*
                                                               Edward Grutzmacher
16                                                             Steven T. Mattas
                                                               Attorneys for Defendants and Respondents
17                                                             CITY OF SEBASTOPOL, CITY COUNCIL OF
                                                               THE CITY OF SEBASTOPOL, and GLENN
18                                                             SCHAINBLATT

2                                                                                              C13-1383 EMC
STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATUS
CONFERENCE AND VACATING TRIAL AND TRIAL-RELATED DATES

1 **[~~Proposed~~] ORDER**

2 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED THAT:

3  1. The August 25, 2014 trial and trial-related dates are hereby vacated.

4  2. The July 10, 2014 hearing on the Motion for Partial Summary Judgment is
5 continued to October 16, 2014 at 1:30 p.m.

6  3. The July 10, 2014 Status Conference is continued to October 16, 2014 at 1:30 p.m.

7  4. The date for the parties to submit a joint status report is continued to J~~uly 3, 2~~014. *October 9, 2014.*

8  5. The parties will immediately notify the Court if a settlement is reached.

9 **IT IS SO ORDERED.**

11 DATED: _____7/2_____, 2014

13 Hon. Edward M. Chen
   Judge, USDC

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

15 2281654.2

---

1                                                          C13-1383 EMC
STIPULATION CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATUS
CONFERENCE AND VACATING TRIAL AND TRIAL-RELATED DATES