1   Steven T. Mattas (SBN: 154247)
    smattas@meyersnave.com
2   Shiraz D. Tangri (SBN:  203037)
    stangri@meyersnave.com
3   Edward Grutzmacher (SBN: 228649)
    egrutzmacher@meyersnave.com
4   MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
5   Oakland, California 94607
    Telephone: (510) 808-2000
6   Facsimile: (510) 444-1108

7   Attorneys for Defendants and Respondents
    CITY OF SEBASTOPOL, CITY COUNCIL OF
8   THE CITY OF SEBASTOPOL, and
    GLENN SCHAINBLATT
9
    Additional Counsel listed on following page
10

11              **UNITED STATES DISTRICT COURT**

12       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| 14  LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation, | Case No. C13-1383 EMC |
| | **JOINT CASE MANAGEMENT STATEMENT** |
| 17            Plaintiffs and Petitioners, | Judge:              Hon. Edward M. Chen |
| | CMC Date:           December 11, 2014 |
| 18      v. | Time:               10:30 a.m. |
| | Crtrm.:             5 |
| 19  CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol, | Trial Date:         None Set |
| 22            Defendants and Respondents. | |

23

24

25

26

27

28

ROBERT R. MOORE (BAR NO. 113818)
DAVID H. BLACKWELL (BAR NO. 153354)
MICHAEL J. BETZ (BAR NO. 196228)
CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
             dblackwell@allenmatkins.com
             mbetz@allenmatkins.com
             chongola@allenmatkins.com

Attorneys for Plaintiffs and Petitioners
LONGS DRUG STORES CALIFORNIA, L.L.C. and
ARMSTRONG DEVELOPMENT PROPERTIES, INC.

C13-1383 EMC

JOINT CASE MANAGEMENT STATEMENT

1      The parties to this case have reached a settlement agreement.  According to the terms of

2   the settlement agreement, certain conditions must be fulfilled before Petitioners and Plaintiffs will

3   dismiss this case.   Therefore, the parties jointly request that the Court continue the case

4   management conference for six months to allow the parties to fulfill the conditions of the

5   settlement agreement.

6

7   DATED:  December 4, 2014              ALLEN MATKINS LECK GAMBLE MALLORY &
                                         NATSIS LLP
8

9

10                                       By:        /s/Robert R. Moore
                                              _____
11                                            Robert R. Moore
                                              Attorneys for Plaintiffs and Petitioners
12                                            LONGS DRUG STORES CALIFORNIA, L.L.C.
                                              and ARMSTRONG DEVELOPMENT
13                                            PROPERTIES, INC.

14

15  DATED:  December 4, 2014              MEYERS, NAVE, RIBACK, SILVER & WILSON
16

17

18                                       By:        /s/Edward Grutzmacher
                                              _____
19                                            Edward Grutzmacher
                                              Attorneys for Defendants and Respondents
20                                            CITY OF SEBASTOPOL, CITY COUNCIL OF
                                              THE CITY OF SEBASTOPOL, and
21                                            GLENN SCHAINBLATT

22

23  2367598.1
    ///
24  ///
25  //
26  //
27  //
28

1        I hereby attest that I have on file all holographic signatures corresponding to any signatures

2    indicated by a conformed signature (/S/) within this e-filed document.

3    DATED:  December 4, 2014           MEYERS, NAVE, RIBACK, SILVER & WILSON

4

5                      By:        /s/Edward Grutzmacher

6                            Edward Grutzmacher

7                            Attorneys for Defendants and Respondents
     CITY OF SEBASTOPOL, CITY COUNCIL OF

8                            THE CITY OF SEBASTOPOL, and
     GLENN SCHAINBLATT

9

10   2190589.1

11

12   IT IS SO ORDERED that the further CMC is reset for 5/7/2015 at
     10:30 a.m.  An updated joint CMC Statement shall be filed by

13   4/30/2015.

14   _____
     Edward M. Chen

15   U.S. District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28