| | |
|---|---|
| 1 | Steven T. Mattas (SBN: 154247) |
| | smattas@meyersnave.com |
| 2 | Shiraz D. Tangri (SBN: 203037) |
| | stangri@meyersnave.com |
| 3 | Edward Grutzmacher (SBN: 228649) |
| | egrutzmacher@meyersnave.com |
| 4 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | 555 12th Street, Suite 1500 |
| 5 | Oakland, California 94607 |
| | Telephone: (510) 808-2000 |
| 6 | Facsimile: (510) 444-1108 |

Attorneys for Defendants and Respondents
CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and
GLENN SCHAINBLATT

Additional Counsel listed on following page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation,<br><br>   Plaintiffs and Petitioners,<br><br>   v.<br><br>CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol,<br><br>   Defendants and Respondents. | Case No. C13-1383 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:        Hon. Edward M. Chen<br>CMC Date:  May 7, 2015<br>Time:          10:30 a.m.<br>Crtrm.:        5<br><br>Trial Date:   None Set |

1  ROBERT R. MOORE (BAR NO. 113818)
   DAVID H. BLACKWELL (BAR NO. 153354)
2  MICHAEL J. BETZ (BAR NO. 196228)
   CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
3  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
4  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
5  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
6  E-Mail:  rmoore@allenmatkins.com
            dblackwell@allenmatkins.com
7           mbetz@allenmatkins.com
            chongola@allenmatkins.com
8
   Attorneys for Plaintiffs and Petitioners
9  LONGS DRUG STORES CALIFORNIA, L.L.C. and
   ARMSTRONG DEVELOPMENT PROPERTIES, INC.

1  The parties to this case have reached a settlement agreement.  According to the terms of
2 the settlement agreement, certain conditions must be fulfilled before Petitioners and Plaintiffs will
3 dismiss this case.  Petitioners and Plaintiffs believe these conditions are likely to be fulfilled by
4 October 2015.  Therefore, the parties jointly request that the Court continue the case management
5 conference for five months to allow the parties to fulfill the conditions of the settlement
6 agreement.

7
8 DATED:  April 30, 2015                    ALLEN MATKINS LECK GAMBLE MALLORY &
                                            NATSIS LLP
9
10
11                                          By:       /s/Robert R. Moore
                                                Robert R. Moore
12                                              Attorneys for Plaintiffs and Petitioners
                                                LONGS DRUG STORES CALIFORNIA, L.L.C.
13                                              and ARMSTRONG DEVELOPMENT
                                                PROPERTIES, INC.
14
15
16
17 DATED:  April 30, 2015                   MEYERS, NAVE, RIBACK, SILVER & WILSON
18
19                                          By:       /s/Edward Grutzmacher
                                                Edward Grutzmacher
20                                              Attorneys for Defendants and Respondents
                                                CITY OF SEBASTOPOL, CITY COUNCIL OF
21                                              THE CITY OF SEBASTOPOL, and
22                                              GLENN SCHAINBLATT
23
24 ///
25 ///
26 //
27 //
28

1  I hereby attest that I have on file all holographic signatures corresponding to any signatures
2  indicated by a conformed signature (/s/) within this e-filed document.

3  DATED: April 30, 2015          MEYERS, NAVE, RIBACK, SILVER & WILSON

         By:    /s/Edward Grutzmacher
                Edward Grutzmacher
                Attorneys for Defendants and Respondents
                CITY OF SEBASTOPOL, CITY COUNCIL OF
                THE CITY OF SEBASTOPOL, and
                GLENN SCHAINBLATT

10  2435087.1

11  IT IS SO ORDERED that the Further CMC is reset from 5/7/15 to 8/6/15 at 10:30 a.m.
    An updated joint CMC statement shall be filed by 7/30/15.
12  _____
    Edward M. Chen
13  U.S. District Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen