1  Steven T. Mattas (SBN: 154247)
   smattas@meyersnave.com
2  Shiraz D. Tangri (SBN: 203037)
   stangri@meyersnave.com
3  Edward Grutzmacher (SBN: 228649)
   egrutzmacher@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendants and Respondents
   CITY OF SEBASTOPOL, CITY COUNCIL OF
8  THE CITY OF SEBASTOPOL, and
   GLENN SCHAINBLATT
9
   Additional Counsel listed on following page
10

11                **UNITED STATES DISTRICT COURT**

12          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| 14 LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation, | Case No. C13-1383 EMC |
| | **JOINT CASE MANAGEMENT STATEMENT** |
| 17  Plaintiffs and Petitioners, | Judge:       Hon. Edward M. Chen |
| | CMC Date:    August 6, 2015 |
| | Time:        10:30 a.m. |
| 18     v. | Crtrm.:      5 |
| 19 CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol, | Trial Date:   None Set |
| 22  Defendants and Respondents. | |

1  ROBERT R. MOORE (BAR NO. 113818)
   DAVID H. BLACKWELL (BAR NO. 153354)
2  MICHAEL J. BETZ (BAR NO. 196228)
   CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
3  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
4  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
5  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
6  E-Mail:  rmoore@allenmatkins.com
            dblackwell@allenmatkins.com
7           mbetz@allenmatkins.com
            chongola@allenmatkins.com
8
   Attorneys for Plaintiffs and Petitioners
9  LONGS DRUG STORES CALIFORNIA, L.L.C. and
   ARMSTRONG DEVELOPMENT PROPERTIES, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                                                          C13-1383 EMC
JOINT CASE MANAGEMENT STATEMENT

1  The parties to this case have reached a settlement agreement.  According to the terms of
2 the settlement agreement, certain conditions must be fulfilled before Petitioners and Plaintiffs will
3 dismiss this case.  Therefore, the parties jointly request that the Court continue the case
4 management conference for five months to allow the parties to fulfill the conditions of the
5 settlement agreement.

7 DATED: August 3, 2015         ALLEN MATKINS LECK GAMBLE MALLORY &
                                NATSIS LLP

10                                       By:     /s/Robert R. Moore
                                                Robert R. Moore
11                                              Attorneys for Plaintiffs and Petitioners
                                                LONGS DRUG STORES CALIFORNIA, L.L.C.
12                                              and ARMSTRONG DEVELOPMENT
                                                PROPERTIES, INC.

15 DATED: August 3, 2015         MEYERS, NAVE, RIBACK, SILVER & WILSON

18                                       By:     /s/Edward Grutzmacher
                                                Edward Grutzmacher
19                                              Attorneys for Defendants and Respondents
                                                CITY OF SEBASTOPOL, CITY COUNCIL OF
20                                              THE CITY OF SEBASTOPOL, and
                                                GLENN SCHAINBLATT

23 2501822.1
24 ///
25 //
26 //
27 //
28

2                                                                          C13-1383 EMC
JOINT CASE MANAGEMENT STATEMENT

1  I hereby attest that I have on file all holographic signatures corresponding to any signatures
2  indicated by a conformed signature (/s/) within this e-filed document.

3  DATED: August 3, 2015                           MEYERS, NAVE, RIBACK, SILVER & WILSON

                                                   By:    /s/Edward Grutzmacher
                                                          Edward Grutzmacher
                                                          Attorneys for Defendants and Respondents
                                                          CITY OF SEBASTOPOL, CITY COUNCIL OF
                                                          THE CITY OF SEBASTOPOL, and
                                                          GLENN SCHAINBLATT

10  2435087.1

```
IT IS SO ORDERED that the further CMC is reset from 8/6/15 to 1/14/16 at 10:30 a.m.
An updated joint CMC statement shall be filed by 1/7/16.
_____
Edward M. Chen
U.S. District Judge
```

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

3                                    C13-1383 EMC
JOINT CASE MANAGEMENT STATEMENT