1  Steven T. Mattas (SBN: 154247)
smattas@meyersnave.com
2  Shiraz D. Tangri (SBN: 203037)
stangri@meyersnave.com
3  Edward Grutzmacher (SBN: 228649)
egrutzmacher@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
5  Oakland, California 94607
Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendants and Respondents
CITY OF SEBASTOPOL, CITY COUNCIL OF
8  THE CITY OF SEBASTOPOL, and
GLENN SCHAINBLATT

Additional Counsel listed on following page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation,<br><br>             Plaintiffs and Petitioners,<br><br>      v.<br><br>CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol,<br><br>             Defendants and Respondents. | Case No. C13-1383 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:       Hon. Edward M. Chen<br>CMC Date:  January 14, 2016<br>Time:        10:30 a.m.<br>Crtrm.:       5<br><br>Trial Date:   None Set |

C13-1383 EMC

JOINT CASE MANAGEMENT STATEMENT

1  ROBERT R. MOORE (BAR NO. 113818)
   DAVID H. BLACKWELL (BAR NO. 153354)
2  MICHAEL J. BETZ (BAR NO. 196228)
   CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
3  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
4  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
5  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
6  E-Mail:  rmoore@allenmatkins.com
            dblackwell@allenmatkins.com
7           mbetz@allenmatkins.com
            chongola@allenmatkins.com
8
   Attorneys for Plaintiffs and Petitioners
9  LONGS DRUG STORES CALIFORNIA, L.L.C. and
   ARMSTRONG DEVELOPMENT PROPERTIES, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                                                         C13-1383 EMC
JOINT CASE MANAGEMENT STATEMENT

1    The parties to this case have reached a settlement agreement.  According to the terms of
2 the settlement agreement, certain conditions must be fulfilled before Petitioners and Plaintiffs will
3 dismiss this case.  The parties believe they are nearing the completion of these conditions, but
4 require an additional 120 days to complete the conditions. Therefore, the parties jointly request
5 that the Court continue the case management conference for 120 days to allow the parties to fulfill
6 the conditions of the settlement agreement.

8 DATED: January 7, 2016                ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

11                                       By:     /s/Robert R. Moore
                                                Robert R. Moore
12                                              Attorneys for Plaintiffs and Petitioners
                                                LONGS DRUG STORES CALIFORNIA, L.L.C.
13                                              and ARMSTRONG DEVELOPMENT
                                                PROPERTIES, INC.

17 DATED: January 7, 2016                MEYERS, NAVE, RIBACK, SILVER & WILSON

19                                       By:     /s/Edward Grutzmacher
                                                Edward Grutzmacher
20                                              Attorneys for Defendants and Respondents
                                                CITY OF SEBASTOPOL, CITY COUNCIL OF
21                                              THE CITY OF SEBASTOPOL, and
                                                GLENN SCHAINBLATT

24  ///   IT IS SO ORDERED that the Further CMC is reset from 1/14/16 to
          5/26/16 at 10:30 a.m.  An updated joint CMC Statement shall
25  //    be filed by 5/19/16.  The Further CMC will be vacated once a
          stipulation for dismissal is filed.
26  //    _____
          Edward M. Chen
27  //    U.S. District Judge
28  //

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]

1 | I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

DATED:  January 7, 2016              MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /s/Edward Grutzmacher
Edward Grutzmacher
Attorneys for Defendants and Respondents
CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and
GLENN SCHAINBLATT

2435087.1