1  ROBERT R. MOORE (BAR NO. 113818)
   DAVID H. BLACKWELL (BAR NO. 153354)
2  MICHAEL J. BETZ (BAR NO. 196228)
   CATHY A. HONGOLA-BAPTISTA (BAR NO. 234489)
3  ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
4  Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
5  Phone: (415) 837-1515
   Fax:   (415) 837-1516
6  E-Mail: rmoore@allenmatkins.com
           dblackwell@allenmatkins.com
7          mbetz@allenmatkins.com
           chongola@allenmatkins.com
8
   Attorneys for Plaintiffs and Petitioners
9  LONGS DRUG STORES CALIFORNIA, L.L.C. and
   ARMSTRONG DEVELOPMENT PROPERTIES,
10 INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 | LONGS DRUG STORES CALIFORNIA,        | Case No. 3:13-cv-01383 EMC
   | L.L.C., a California limited liability |
15 | company, and ARMSTRONG                | STIPULATION RE SUBSTITUTION OF
   | DEVELOPMENT PROPERTIES, INC., a       | COUNSEL;
16 | Pennsylvania corporation,             | [PROPOSED] ORDER

17              Plaintiffs and Petitioners,  Ctrm:  5
                                              Judge: Hon. Edward M. Chen
18         v.

19 CITY OF SEBASTOPOL, CITY
   COUNCIL OF THE CITY OF
20 SEBASTOPOL, and GLENN
   SCHAINBLATT, in his official capacity as
21 Building Official of the City of Sebastopol,

22              Defendants and Respondents.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
990173.01/SF

Case No. 3:13-cv-01383 EMC
Stipulation Re Substitution of Counsel

1    PLEASE TAKE NOTICE THAT Plaintiffs and Petitioners LONGS DRUG
2  STORES CALIFORNIA, L.L.C. and ARMSTRONG DEVELOPMENT PROPERTIES,
3  INC., hereby substitute Holland & Knight LLP, 50 California Street, Suite 2800, San
4  Francisco, CA 94111, Phone 415-743-6947, Fax 415-743-6910 as attorney of record in
5  place and stead of Allen Matkins Leck Gamble Mallory & Natsis LLP.

7  I consent to this substitution.
8  DATED: January 19, 2016            ALLEN MATKINS LECK GAMBLE
                                      MALLORY & NATSIS LLP

10                                    By: _____
11                                        Robert R. Moore

12  I consent to this substitution.
13  DATED: January 19, 2016           LONGS DRUG STORES CALIFORNIA, L.L.C.
14                                    By: _____
15                                        R. Michael Meo, Jr.
16                                    Its:  Senior Legal Counsel - Litigation
                                           Assistant Secretary

17  I consent to this substitution.
18  DATED: January 19, 2016           ARMSTRONG DEVELOPMENT
                                      PROPERTIES, INC.

20                                    By: _____

22                                    Its: President

24  I accept this substitution.
25  DATED: January 19, 2016           HOLLAND & KNIGHT, LLP

27                                    By: _____
28                                        Amanda Monchamp

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

990173.01/SF
-2-
Case No. 3:13-cv-01383 EMC
Stipulation Re Substitution of Counsel

## ORDER

The Substitution of Attorney is hereby GRANTED.

Dated: 2/2/16

Hon. Edward M. Chen
Judge, United States District Court

IT IS SO ORDERED

Judge Edward M. Chen

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

990173.01/SF

-3-

Case No. 3:13-cv-01383 EMC
Stipulation Re Substitution of Counsel