Amanda Jean Monchamp (SBN: 205753)
amanda.monchamp@hklaw.com
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900

Attorneys for Plaintiffs and Petitioners LONGS DRUG STORES CALIFORNIA, LLC and ARMSTRONG DEVELOPMENT PROPERTIES, INC.

Steven T. Mattas (SBN: 154247)
smattas@meyersnave.com
Shiraz D. Tangri (SBN: 203037)
stangri@meyersnave.com
Edward Grutzmacher (SBN: 228649)
egrutzmacher@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000

Attorneys for Defendants and Respondents
CITY OF SEBASTOPOL, CITY COUNCIL OF THE
CITY OF SEBASTOPOL, and GLENN SCHAINBLATT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, LLC, a California limited liability company, and ARMSTRONG DEVELOPMENT PROPERTIES, INC., a Pennsylvania corporation,<br><br>         Plaintiffs and Petitioners,<br><br>    v.<br><br>CITY OF SEBASTOPOL, CITY COUNCIL OF THE CITY OF SEBASTOPOL, and GLENN SCHAINBLATT, in his official capacity as Building Official of the City of Sebastopol,<br><br>         Defendants and Respondents. | Case No. 13-cv-01383 EMC<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this action hereby stipulate to dismiss this action with prejudice.

DATED: June 2, 2016    HOLLAND & KNIGHT LLP

By: /s/Amanda Jean Monchamp
    Amanda Jean Monchamp
    Attorneys for Plaintiffs and Petitioners
    LONGS DRUG STORES CALIFORNIA, L.L.C.
    and ARMSTRONG DEVELOPMENT
    PROPERTIES, INC.

DATED: June 2, 2016    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Edward Grutzmacher
    Edward Grutzmacher
    Attorneys for Defendants and Respondents
    CITY OF SEBASTOPOL, CITY COUNCIL OF
    THE CITY OF SEBASTOPOL, and
    GLENN SCHAINBLATT

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  I hereby attest that I have on file all holographic signatures corresponding to any signatures
2  indicated by a conformed signature (/s/) within this e-filed document.

3  DATED: June 2, 2016                    HOLLAND & KNIGHT LLP

4

5
                                          By:  /s/Amanda Jean Monchamp
6                                              Amanda Jean Monchamp
                                               Attorneys for Plaintiffs and Petitioners
7                                              LONGS DRUG STORES CALIFORNIA, L.L.C.
                                               and ARMSTRONG DEVELOPMENT
8                                              PROPERTIES, INC.

9

10  IT IS SO ORDERED
    _____
11  EDWARD M. CHEN
    U.S. DISTRICT JUDGE
12

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California seal)*